FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RUBEN ARMANDO SAUCEDO,<br><br>    Defendant. | Case No. CR 04 00648 DSF<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

    The Court finds that:

A.  ( ✓ ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on: **THE ALLEGED OFFENSE; CRIMINAL HISTORY; UNKNOWN BAIL RESOURCES.**

1

1 _____
2 _____
3 and/or
4 B.   ( )   The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
7 finding is based on: _____
8 _____
9 _____
10 _____.

   IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: 1 JUNE, 2010

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE